AW/aw
n:RPat1000W75St.cff

**04-10095**
**CIV-KING**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

MAGISTRATE JUDGE
O'SULLIVAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

REAL PROPERTY LOCATED AT
1000 75TH STREET OCEAN, MARATHON,
MONROE COUNTY, FLORIDA, TOGETHER
WITH ALL BUILDINGS, FIXTURES,
APPURTENANCES AND IMPROVEMENTS
THERETO AND THEREON,

    Defendant.
_____/

FILED by ___ D.C.
INTAKE
OCT 07 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## COMPLAINT FOR FORFEITURE *IN REM*

    Plaintiff, United States of America, hereby files this verified Complaint for Forfeiture in Rem against the above-captioned defendant property, and in support thereof alleges the following:

    1.    This is a civil action for forfeiture in rem of the above-captioned defendant property pursuant to Title 21, United States Code, Section 881(a)(7), arising from violations of Title 21, United States Code, Section 801, et seq.

    2.    Jurisdiction is vested in this Court pursuant to Title 28, United States Code, Sections 1345, 1355(a) and 2461.

    3.    This Court has venue pursuant to Title 28, United States Code, Sections 1355(b)(1) and 1395 because certain acts giving rise to the forfeiture occurred within the Southern District of Florida and because the defendant property is located within the Southern District of Florida.

4. The defendant property herein is the parcel of REAL PROPERTY LOCATED AT 1000 75TH STREET OCEAN, MARATHON, MONROE COUNTY, FLORIDA, which is more particularly described as:

> Lot 6, in Block 3, of PARAISO ESTATES, according to the Plat thereof, as recorded in Plat Book 5, at page 2, of the Public Records of Monroe County, Florida;

together with all buildings, fixtures, appurtenances and improvements thereto and thereon.

5. The United States seeks forfeiture of the defendant property, pursuant to Title 21, United States Code, § 881(a)(7), on the grounds that the property was used or intended to be used, in any manner or part, to commit, or to facilitate the commission of violations of Title 21, United States Code, § 801, et seq., punishable by more than one year's imprisonment.

## FACTUAL BACKGROUND

6. On or about June 23, 2004, Special Agent Abraham Conn ("S/A Conn"), of the Drug Enforcement Administration ("DEA"), Key West Post of Duty, received information that there was an indoor marijuana growing operation at 1000 (West) 75th Street Ocean, Marathon, Florida (the "defendant property").

7. On June 23, 2004, S/A Conn drove to the defendant property.

8. On June 23, 2004, while walking along on the sidewalk, S/A Conn smelled a strong odor of marijuana emanating from the residence located on the defendant property (the "defendant residence").

9. On June 23, 2004, S/A Conn observed several "window" type air conditioning units, installed next to each other on the same side of the defendant residence, in addition to a central air conditioning unit on the right hand side of the defendant residence.

10. Based on the above, on or about July 20, 2004, Detective Julio Alvarez, of the Monroe County Sheriffs Office, obtained a State search warrant for the defendant residence.

11. On or about July 21, 2004, the search warrant was executed at the defendant residence by agents from the DEA Key Largo Resident Office, officers from the Monroe County Sheriffs Office and agents from the Florida Department of Law Enforcement.

12. Once inside the defendant residence, investigating agents and officers observed marijuana plants in various stages of growth.

13. The marijuana plants were located in the garage, in the laundry room and in a bedroom of the defendant residence.

14. Investigating agents and officers also observed a sophisticated marijuana cultivation operation inside the defendant residence, in the areas noted in paragraph 14 above, which included several high intensity lights, a $CO_2$ generator, and Mylar sheeting covering some of the walls.

15. On or about July 21, 2004, investigators seized approximately 192 marijuana plants, with a total weight of approximately 31 pounds, from inside the defendant residence.

16. Other items seized from the defendant residence, on July 21, 2004, include a digital scale, smoking pipes, and glass bongs.

17. On or about July 21, 2004, William Rabito and Charity Kasten, who were present at the defendant residence at the time of the execution of the search warrant, were arrested by the Monroe County Sheriffs Department.

18. On August 20, 2004, William Rabito and Charity Kasten were charged by the State of Florida, with trafficking of marijuana, in Case No. 04OFF006857.

19.   The defendant property is titled in the names of William T. Rabito and Lindsay E. Rabito, who is the mother of William Rabito.

20.   By reason of the foregoing, the defendant property has become and is forfeit to the United States of America, pursuant to Title 21, United States Code, § 881(a)(7), in that the defendant property was used or intended to be used, to commit or to facilitate the commission of violations of Title 21, United States Code, § 801, et seq., punishable by more than one year's imprisonment.

WHEREFORE, Plaintiff United States of America requests that a summons in rem be issued for the defendant property, together with all attachments, buildings, fixtures, appurtenances and improvements thereto and thereon; that the Court direct all persons having any claim to or interest in the defendant property to appear and show cause why the forfeiture should not be decreed or suffer default of such claim or interest; that the Court declare the defendant property condemned and forfeited to the United States of America for disposition according to law; and that the United States be granted such other and further relief as this Court deems just and proper, together with costs and disbursements of this action.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
ARIMENTHA R. WALKINS
ASSISTANT U.S. ATTORNEY
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132-2111
Tel. (305) 961-9091
Fax: (305) 536-7599
Fla. Bar No. 0897787
Arimenta.Walkins@justice.usdoj.gov

## VERIFICATION

I, Abraham Conn, Special Agent of the Drug enforcement Administration, hereby declare under penalty of perjury as provided by Title 28, United States Code, Section 1746, that the foregoing Complaint for Forfeiture *In Rem* is based upon information known to me, and that the facts alleged therein are true and correct to the best of my knowledge and belief.

EXECUTED, on this ___4th___ day of ___October___ 2004.

                                             ABRAHAM CONN
                                             SPECIAL AGENT
                                             DRUG ENFORCEMENT ADMINISTRATION

JS 44
(Rev. 12/96)

Case 4:04-cv-10095-JLK   Document 1-1   Entered on FLSD Docket 10/12/2004   Page 6 of 6

# CIVIL COVER SHEET

04-10095

CV-KING

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**

UNITED STATES OF AMERICA

**DEFENDANTS**

REAL PROPERTY LOCATED AT 1000 75TH STREET OCEAN, MARATHON, MONROE COUNTY, FLORIDA, TOGETHER WITH ALL BUILDING, FIXTURES, ETC.

MAGISTRATE JUDGE
O'SULLIVAN

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  MONROE COUNTY
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Monroe 04c 10095/KING/O'Sullivan

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
ARIMENTHA R. WALKINS
99 NE 4TH STREET, MIAMI, FL 33132

(305) 961-9091

ATTORNEYS (IF KNOWN)

FILED by _____ D.C.
INTAKE
OCT 07 2004
CLARENCE MADDOX

(d) CIRCLE COUNTY WHERE ACTION AROSE: DADE, (MONROE), BROWARD, PALM BEACH, MARTIN, ST. LUCIE, INDIAN RIVER, OKEECHOBEE, HIGHLANDS

**II. BASIS OF JURISDICTION** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
☐ 2 U.S Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**V. NATURE OF SUIT** (PLACE AN "X" IN ONE BOX ONLY)

| A  CONTRACT | A  TORTS | FORFEITURE/PENALTY | A  BANKRUPTCY | A  OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY  PERSONAL INJURY | B☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Personal Injury - Med. Malpractice | B☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | B☒ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | B☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander  ☐ 365 Personal Injury - Product Liability | B☐ 630 Liquor Laws | A  PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability  ☐ 368 Asbestos Personal Injury Product Liability | B☐ 640 R.R & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| B☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine  PERSONAL PROPERTY | B☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 810 Selective Service |
| B☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 345 Marine Product Liability  ☐ 370 Other Fraud | B☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 350 Motor Vehicle  ☐ 371 Truth in Lending | B☐ 690 Other | B  SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability  ☐ 380 Other Personal Property Damage | A  LABOR | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury  ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| A  REAL PROPERTY | A  CIVIL RIGHTS  PRISONER PETITIONS | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting  B☐ 510 Motions to Vacate Sentence | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| B☐ 220 Foreclosure | ☐ 442 Employment  HABEAS CORPUS: | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations  B☐ 530 General | | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | A☐ 535 Death Penalty | ☐ 790 Other Labor Litigation | A☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare  B☐ 540 Mandamus & Other | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights  B☐ 550 Civil Rights | A☐ 791 Empl. Ret. Inc. Security Act | A☐ 871 IRS - Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions A OR B |
| | B☐ 555 Prison Condition | | | |

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL UNLESS DIVERSITY.)

21 U.S.C. §881(9)(7) - CIVIL FORFEITURE ACTION AGAINST REAL PROPERTY USED TO FACILITATE MARIJUANA TRAFFICKING ACTIVITIES.

LENGTH OF TRIAL
via  3  days estimated (for both sides to try entire case)

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____  DOCKET NUMBER _____

DATE  October 7, 2004
SIGNATURE OF ATTORNEY OF RECORD  A. R. Walkins

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

This form was electronically produced by Elite Federal Forms, Inc.